CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/23/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARY WANJIKU THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23CV00020 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **VIRGINIA DEPARTMENT OF TRANSLATION (BRISTOL DISTRICT),** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

A motion to dismiss having been granted, it is **ORDERED and ADJUDGED** that judgment is hereby entered in favor of the defendant.

The Clerk shall close the case.

ENTER: October 23, 2023

/s/ JAMES P. JONES
Senior United States District Judge